80,129-02

Ex-Parte                    C-3-010381-1285104-A

                                           Criminal Disirict
                                           NO. THREE
Deon A. Davis                              Tarrant Co.Tx.

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUL 06 2015

TIME ___3:14pM___
BY _____ DEPUTY

                            Objection To Affidavit
                            By Charies H. Roach [Attorney].

                    To The Honorable Judge Of Said Court:

Come now Deon A. Davis, Ex Parte, Applicant Pro Se
and files his objection to affidavit made by Charles H. Roach
Criminal Attorney . In Support of the Applicants claims he would
show unto this honorable court the following:

                        Grounds For Objection.

1. Plea was not voluntary due to coersed under durres.
2. This was a conditional Plea and was granted the right to appeal.
3. Incompettency issues exist herin Pursuant To C.C.P.
Ann. Art 46 B004 C Any source open court law ...
4. Ineffective Counsel exist when unlawful enhancement
Paragraphs Pursuant Rule of evidence 609,702 unlawful use of
Prior convictions over Ten (10) years old used for enhancements.
 Counsel fail to admonish .
5. The Trial Court Had Lack of Jurisdiction "Void Judgement"
        U.CC.L. Constitutional Law.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 05 2015

Abel Acosta, Clerk

Abel Acosta, Clerk, please
Return stamp copy from court of criminal Appeals.

## Prayer For Relief

Wherefore, Premises Considered, For the reasons stated above, The applicant prays that the State and the Trial Court both finds that his guilty plea was ettered as a result of physical and Psyhological coereion by his Trial counsel and counsel's failuer to make objections to the Trial Judges refusal to allow him to withdraw his signing the written plea admonishment and waiver of rights paper before he executed them and pronounced judgement and sentence and counsels failure to make objections to the Trial Judge's threats towards him to. be reviewed open a requested verbatium Trial court trascript pursuant to McCarthy V. United States, 394 U.S.459,465-66 (1996).

## DECLARATION STATEMENT

I, Deon A. Davis, Pro SE Applicant, do hereby declare under the penalty of perjury that the foregoing allegations made here in is true and correct to the best of my knowledge.

Executed on this 28 Day of June 2015.

X _Deon A. Davis_

## CERTIFICATE OF SERVICE

I, do hereby certify that a true and correct copy of the above and forgoing objection to affidavit made by Charels H. Roach, Attoreny was mailed to the Criminal Disitrict Court Number Three Clerk of Tarrant County, at 401 W. Belknap Ft. Worth, Texas 76196-0201.
On the 28 Day of June 2015, by US. Mail Postage Prepaid.

Respectfully Submitted

_Deon A. Davis_

Deon A. Davis 1837352
Allen B. Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

Clerk
Abel Acosta please return copy for pro-se Records.

EXHIBITS ***

C-3-010381-1285104-A

EX-PARTE                              July 28-2015

DEON A. DAVIS  PRO-SE# 1837352
Polunsky Unit                    From: THE CRIMINAL DISTRICT
3872 FM 350 South                COURT NO. 3 OF
Livingston TX.  77351            TARRANT COUNTY, TEXAS.

Honorable Abel Acosta,
    After a thorough search of your records
you found NO writ of Habeas Corpus
Filed,
    Moreover, NO OBJECTION TO AFFIDAVIT by
Charles H. Roach, "Attorney" had been filed
either,
    For the convenience of this court, Attached
herein the OBJECTION to Affidavit by Charles H. Roach
"Attorney at Law" filed with the Thomas A. Wilder
District Clerk Tarrant County, Texas. Stamped filed
July 6th 2015
    Moreover, Said ORDER by the CRIMINAL DISTRICT
COURT NO. 3 OF TARRANT COUNTY, TEXAS.
Wherefore, Said order directs the court to file
the same to the court of criminal Appeals.
as required by law.
    Seeking Mandamus and said written
ORDER or the independent finding of the
court of criminal Appeals to the objections
Stated herein.
    Please file stamp and copy the
inclosed ORDER and OBJECTION, Return the
same for pro-se Records. in the self stamped
addressed envelope please
                     Thank you, Sincerely
                              Deon A. Davis

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUL 14 2015

TIME_____10:17am_____
BY_____DEPUTY

NO. C-3-010381-1285104-A

EX PARTE

DEON A. DAVIS

§   IN THE CRIMINAL DISTRICT
§
§   COURT NO. 3 OF
§
§   TARRANT COUNTY, TEXAS

## ORDER

Having carefully reviewed the State's proposed memorandum, findings of fact, and conclusions of law, the Court hereby orders, adjudges and decrees that they be adopted as its own, and further orders and directs the Clerk of this Court to:

1. File these findings and transmit them along with the Writ Transcripts to the Clerk of the Court of Criminal Appeals as required by law.

2. Furnish a copy of the Court's findings to the applicant, Mr. Deon A. Davis, TDCJ-ID #01837352, Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351; and to the post-conviction unit of the Tarrant County Criminal District Attorney's Office.

SIGNED AND ENTERED this the 14th day of _____2015_____.

_____
JUDGE PRESIDING

*Seeking a returned stamped copy from Court of Criminal Appeals for PRO-SE Records. Thank you!*